**In re:**

**SANDRA JEANNETTE MENDEZ GONZALEZ**          **Case No.   21-01425-EAG**

                                   **Chapter 13**          **Attorney Name:    JOHANNE A CORTES TORRES***

---

**I. Appearances**

| | | |
|---|---|---|
| **Debtor** | **[X] Present** | **[ ] Absent** |
| **Joint Debtor** | **[ ]Present** | **[ ] Absent** |
| **Attorney for Debtor** | **[X] Present** | **[ ] Absent** |

**[ ] Prose**

**[ ] Appearing:**

**Date & Time:       6/16/2021  2:05:00AM**

**[X] R        [ ] NR     LV:  0.00**

**[X] This is debtor(s) 2 Bankruptcy filing.**

**Creditors:**

**Department of Treasury by Ms. Carla Rodríguez**
**Banco Popular de Puerto Rico by Mr. Felipe Marrero**
**First Bank by Ms. Ivelisse Romero**

**II. Oath Administered**
          **[X] Yes               [ ] No**

---

**III. Plan**

**Date:     05/05/2021       Base:       $40,500.00    Payments 1 made out of  1 due.**

**Confirmation Hearing Date:       7/9/2021   2:30:00PM**

**Evidence of Pmt shown:**

---

**Attorney's fees as per R. 2016(b)**

     **$4,000.00    -   $500.00    =   $3,500.00**

---

**IV. Status of Meeting**

**[X] Closed          [ ] Not Held         [ ] Held/Continued**

**[ ] Held/Not Closed**

**[ ] Continued**

**Continued Date:**

**Comments:**

---

**[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments**

 **[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):**

 **[] MTD Already filed, see Docket:**

 **[ ] Other:**

**In re:**

**SANDRA JEANNETTE MENDEZ GONZALEZ**

**Case No.   21-01425-EAG**

**Chapter 13**          **Attorney Name:   JOHANNE A CORTES TORRES***

---

(Cont.)

Trustee's Report on Confirmation

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility<br>[ ] Insufficiently funded<br><br>[ ] Unfair discrimination<br><br>[ ] Fails disposable income<br><br>[ ] Fails liquidation value test<br><br>[ ] Insuarence quote | [ ] No provision for secured creditor(s)<br><br>[ ] Tax returns missing<br>   [ ] State  -  years<br><br><br>   [ ] Federal  -  years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] DSO Recipient's Information<br><br><br>[ ] Evidence of being current with DSO<br><br><br>[ ] Evidence of income | [ ] Monthly reports for the months<br><br><br>[ ] Public Liability Insurance<br>[ ] Premises<br>[ ] Vehicle(s):<br>[ ] Licenses issued by: |

In re:

SANDRA JEANNETTE MENDEZ GONZALEZ      Case No.   **21-01425-EAG**

           Chapter 13     Attorney Name:    **JOHANNE A CORTES TORRES***

---

**Trustee's objection to confirmation**

**[ ] Objection to Confirmation**
**[ ] Oral objection by creditor**

ACP: 5

Household size: 5

Disp. Income under 1325(b)(2): 414.66 x60 = $24,879.60

ID (Lic): OK

SS: OK

W/S: OK

TX/SC-2781 (years submitted), to confirm OK when be revised. All missing

Nmar,

Employment: (Sales associate at AT&T Liberty, 17 years). Child Support.

Plan: $500 x 30; $850 x 30 = $40,500.

G.U. 0%

1. OTHER:

a. Part 1.3 of the plan was checked as included and not included at the same. Trustee hereby notes that part 8 of the plan was checked but said part includes a non-standard provision.

b. Schedule "J" disclose in addition to the mortgage payment of $766 with Oriental bank another mortgage or rent expense of $750, however, Schedule D just include one mortgage creditor and Schedule "G" does not disclose any rent agreement.

c. Part 5.1 of the plan does not disclose unsecured pool of $24,879.60. Amount should be disclosed in first line of the mentioned part.

d. Part 3.1 of the plan does not disclose amount of monthly payment to be pay to First Bank by the debtor. Also, pre-petition arrears was not included.

**In re:**

SANDRA JEANNETTE MENDEZ GONZALEZ      **Case No.**   **21-01425-EAG**

                               **Chapter 13**      **Attorney Name:**    **JOHANNE A CORTES TORRES***

---

**e. Debtor does not receive DSO payment, the amounts disclosed at schedule I are included by mistake as testified. Amend schedule I to delete said income and schedule J to make proper adjustments.**

**2. FAILS DISPOSABLE INCOME TEST, §1325(b)(1)(B):**

 **a. Evidence of income is missing: November and December 2020 as part of the 6 months prior filing. Trustee hereby notes that debtor provided bank statements for both months, however deposits are only the net income. Thus, pay-stubs for the mentioned months are needed to review the gross income.**

 **b. Plan does not comply with unsecured pool of $24,879.60 since it is insufficiently funded. Once debtor provides complete paystubs we can determine if amounts disclosed in SCMI are final.**

**c. Debtor currently pays rent over property she lives in, however, she intends to move back to her primary residence at Sabana Grande. She expects to move in the next 30 days. Once moved, she no longer will have the expense for rent. Thus, the same should be deleted from schedule J.**

**d. Department of Treasury informs that a priority claim for $831.31 will be filed. Trustee notes that plan does not provide for priority payment of any kind. Amend plan accordingly.**

**e. First Bank states that it debtor has a pre petition arrear over the vehicle that is not being accounted for. Debtor will amend plan to provide for payment of this arrear,**

**3. §522 EXEMPTIONS:**

 **Exemption pursuant 522 (d)(5) in the amount of $12,829.68 was used over a real property with no equity. An objection to exemption will be filed.**

**4. PLAN IS INSUFFICIENT FUNDED, §1325(b):**

 **Plan is insufficiently funded to pay secured creditors Oriental Bank and First Bank.**

**NOTE:**

**Creditor First Bank's states that credit card debt has not been disclosed in the schedules, however, POC 1 was filed by creditor.**

**The following party(ies) object(s) confirmation:**

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

SANDRA JEANNETTE MENDEZ GONZALEZ

Case No.   **21-01425-EAG**

Chapter 13        **Attorney Name:    JOHANNE A CORTES TORRES***

<u>s/Pedro R Medina</u>                                                    **Date:        06/16/2021**

**Trustee/Presiding Officer**                                                    **(Rev. 05/13)**